FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES P. CARREON,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | No. EDCV 07-00922-PSG(CT)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, petitioner's objections, and petitioner's untimely "traverse," which was filed over a month after the report and recommendation was filed and which the court liberally construes as part of petitioner's objections to the report and recommendation. The court agrees with the recommendation of the magistrate judge.

Petitioner requests an evidentiary hearing in his objections. An evidentiary hearing is not warranted here, where petitioner's grounds were based on alleged instructional errors and petitioner has not alleged factual allegations that, if taken as true, would warrant habeas relief. See Schrirro v. Landrigan, __ U.S. ___, 127 S.Ct. 1933, 1940 (2007)("[I]f the record refutes the applicant's factual allegations or

otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing."); see also Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998)(holding that "[i]t is axiomatic that when issues can be resolved with reference to the state court record, an evidentiary hearing becomes nothing more than a futile exercise").

IT IS ORDERED:

1. The request for an evidentiary hearing is denied.

2. The report and recommendation is accepted.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 1/4/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2