FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES P. CARREON, | No. EDCV 07-00922-PSG(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and the case is dismissed with prejudice.

DATED: 1/4/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

3